AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Roger M. Williams

JUDGMENT IN A CIVIL CASE

v.

State of Washington

CASE NUMBER: CV-07-5062-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  There being no objections, the court ADOPTS the Report and Recommendation. The Petition is DISMISSED Without Prejudice, and by further order of the court, claims under 18 USC 242 are DISMISSED With Prejudice.

01/04/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson